United States District Court
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 1 2 2023
AT_____O'CLOCK_____
John M. Domurad, Clerk - Binghamton

| | |
|---|---|
| Tonya Bledsoe obo A.M.C., ) | Case No. 5:21-cv-00787-TJM |
| *Plaintiff,* ) | |
| ) | Timothy J. McAvoy |
| v. ) | Senior United States District Court Judge |
| ) | |
| Kilolo Kijakazi, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| *Defendant.* ) | |

## STIPULATION FOR ALLOWANCE OF FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $6,370.72, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: January 11, 2023

| | |
|---|---|
| Kilolo Kijakazi, | Tonya Bledsoe obo A.M.C., |
| By Her Attorneys, | By Her Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| /s/ Hugh Dun Rappaport<br>Hugh Dun Rappaport<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 700992<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(617) 565-2380<br>Hugh.Dun.Rappaport@ssa.gov | /s/ Howard D. Olinsky<br>Howard D. Olinsky<br>Olinsky Law Group<br>250 South Clinton Street, Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |

SO ORDERED: 1/11/23

*[signature]*
Hon. Thomas J. McAvoy
Senior U.S. District Judge